ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLEN LEPORE, | Case No. CV 09-02493 DDP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| D. BROOME, parole agent for the State of California and JERRY BROWN, attorney general of the State of California, | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice based upon the Court's lack of jurisdiction for the reasons set forth in the related Order.

DATED: August 28, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY